# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 22, 2019

**BY ECF**

The Honorable Judge Gabriel W. Gorenstein
United States Courthouse
500 Pearl St.
New York, NY 10007

**RE:** **United States v. Christopher Ansah**
19 Mag 7708

Dear Judge Gorenstein:

    I write with the consent of the government and pretrial services to respectfully request that the Court modify Mr. Ansah's bail conditions. On August 20, 2019, the following bail conditions were imposed: A $50,000 personal recognizance bond co-signed by two financially responsible persons; Electronic Monitoring- GPS Stand Alone; Travel Limited to SDNY/EDNY; Surrender Travel Documents (& No New Applications); Pretrial Supervision as directed by PTS.

    Mr. Ansah has an open court case in New Jersey and will need to travel there for court hearings and meetings with counsel. His next court date is Monday, August 26, 2019. Therefore, I request that the Court modify Mr. Ansah's bail conditions to permit him to travel to the District of New Jersey.

    Thank you for your consideration of this request.

Respectfully submitted,

___/s/_____
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

**SO ORDERED:**

_____
**HONORABLE Gorenstein**
**United States District Judge**

cc: AUSA Jun Xiang (by ECF)