# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 23, 2019

**BY FAX**
The Honorable Judge Gabriel W. Gorenstein
United States Courthouse
500 Pearl St.
New York, NY 10007

RE: **United States v. Christopher Ansah**
**19 Mag 7708**

Dear Judge Gorenstein:

I write with the consent of the government and pretrial services to respectfully request that the Court modify Mr. Ansah's bail conditions. On August 20, 2019, the following bail conditions were imposed: A $50,000 personal recognizance bond co-signed by two financially responsible persons; Electronic Monitoring- GPS Stand Alone; Travel Limited to SDNY/EDNY; Surrender Travel Documents (& No New Applications); Pretrial Supervision as directed by PTS. Mr. Ansah's conditions were modified on August 22, 2019 to permit travel to DNJ.

Mr. Ansah's youngest son, Christopher Ansah, Jr., starts his junior year at the University at Buffalo on Monday, August 26, 2019. Mr. Ansah typically takes his son to and from school during the semester for holidays and school breaks, and would like to take his son to Buffalo on August 25, 2019, for the start of the school year. Therefore, I request that the Court modify Mr. Ansah's bail conditions to permit him to travel to the Northern District of New York for the sole purpose of transporting and/or visiting his son. Mr. Ansah would be required to seek approval from pretrial prior to each trip and would need to notify his pretrial services officer of his travel details.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

Granted

SO ORDERED:
HONORABLE Gorenstein
United States ~~District~~ Judge

Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York

cc: AUSA Jun Xiang (by ECF)

TOTAL P.002



# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

## FAX COVER SHEET

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE FEDERAL DEFENDERS OF NEW YORK, INC. WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

| | |
|---|---|
| FAX TO: | Honorable Gabriel W. Gorenstein |
| FAX NUMBER: | (212) 805-4268 |
| DATE SENT: | August 23, 2019 |
| SENDER: | Zawadi Baharanyi, Attorney |
| NO. OF PAGES: | 2    (including this cover sheet) |
| COMMENTS: | United States v. Christopher Ansah |

If problems with this transmission occur, please call (212) 417-8700

Fax No: (212) 571-0392