**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 17, 2020

By ECF

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Christopher Ansah
      19-CR-752 (JMF)

Dear Judge Furman:

With the consent of the Government, I write to request an adjournment of Mr. Ansah's trial, tentatively scheduled for April 6, 2020. Given issues with witness and juror availability, the parties jointly seek a new date for the trial. I understand that the Court is available for trial the weeks of July 6 and July 13. Both parties, and their witnesses, would be available to begin trial on these dates.

Respectfully submitted,

\_\_\_/s/_____
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc:   Jun Xiang
      Assistant United States Attorney
      (by ECF)

Application GRANTED. The trial is ADJOURNED to July 13, 2020, at 9:30 a.m. The parties are reminded that this a FIRM date and no additional adjournments will be granted. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the Court excludes time under the Speedy Trial Act between today and July 13, 2020, finding that the purposes of excluding that time outweigh the interests of the defendant and the public in a speedy trial to allow for continuity of counsel and for the Defendant to prepare for trial.

The Clerk of Court is directed to terminate Doc. #22.

SO ORDERED.

January 21, 2020