**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 16, 2020

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Christopher Ansah**
       **19 Cr. 752**

Dear Judge Furman:

I write to respectfully request that the Court temporarily modify Mr. Ansah's bail conditions so that he may attend his niece's baby shower in Atlanta. On August 20, 2019, the following bail conditions were imposed: a $50,000 personal recognizance bond co-signed by two financially responsible persons; electronic monitoring—GPS stand alone; travel limited to SDNY/EDNY; surrender travel documents (and no new applications); Pretrial Supervision as directed by PTS. Mr. Ansah's conditions were later modified to permit travel to DNJ and NDNY. Mr. Ansah has been fully compliant with his conditions of release.

Mr. Ansah seeks permission to travel to the Northern District of Georgia from March 18, 2020 to March 22, 2020, so that he may attend his niece's baby shower on March 21, 2020. The baby shower invitation with venue details is attached as *Exhibit A*. If approved, Mr. Ansah has been directed by Pretrial Services to provide his travel itinerary and lodging reservation prior to departure. The Government and Pretrial Services Officer Andrew Kessler-Cleary have no objection to this request.

Thank you for your consideration of this request.

Respectfully submitted,

_____/s/_____
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

**SO ORDERED:**

_____
**HONORABLE JESSE M. FURMAN**
**United States District Judge**

cc: AUSA Jun Xiang (by ECF)

# EXHIBIT A





### TRAVELS/CAR RENTAL - AIRPORT

HARTSFIELD JACKSON INTERNATIONAL AIRPORT (ATL, GA)

### HOTELS

HILTON GARDEN INN ATL - 110 Interstate W Pkwy, Lithia Springs, GA 30122

SPRING HILL SPRING SUITES by MARRIOTT - 960 Bob Arnold Blvd, Lithia Springs, GA 30122

HAMPTON INN AND SUITES ATL-SIX FLAGS -999 Bob Arnold Blvd, Lithia Springs, GA 30122

HOLIDAY INN EXPRESS - 850 Crestmark Dr, Lithia Springs, GA 30122

### BABY REGISTRY

buy buy BABY    amazon    Target