**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 10, 2020

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #26.

SO ORDERED.

June 10, 2020

**Re:   United States v. Christopher Ansah**
        **19 Cr. 752**

Dear Judge Furman:

    I write to respectfully request that the Court modify Mr. Ansah's bail conditions to permit him to travel to the District of New Jersey and the District of Connecticut for work. On August 20, 2019, the following bail conditions were imposed: a $50,000 personal recognizance bond co-signed by two financially responsible persons; electronic monitoring—GPS stand alone; travel limited to SDNY/EDNY; surrender travel documents (and no new applications); Pretrial Supervision as directed by PTS. Mr. Ansah's conditions were later modified to permit travel to DNJ for court and NDNY.

    Mr. Ansah is in the shipping business. He seeks permission to travel to the District of Connecticut and the District of New Jersey for work with advance permission from Pretrial. The Government and Pretrial Services Officer Carlos Ramirez have no objection to this request.

    Thank you for your consideration of this request.

Respectfully submitted,

   /s/
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735/ (917) 612-2753

SO ORDERED:

_____
**HONORABLE JESSE M. FURMAN**
**United States District Judge**

cc: AUSA Jun Xiang (by ECF)