# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

June 26, 2020

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #29. SO ORDERED.

June 26, 2020

**Re:     United States v. Christopher Ansah**
        **19 Cr. 752**

Dear Judge Furman:

I write to respectfully request that the Court modify Mr. Ansah's bail conditions to remove the condition of electronic monitoring by stand alone GPS. On August 20, 2019, the following bail conditions were imposed: a $50,000 personal recognizance bond co-signed by two financially responsible persons; electronic monitoring—GPS stand alone; travel limited to SDNY/EDNY; surrender travel documents (and no new applications); Pretrial Supervision as directed by PTS. Mr. Ansah's conditions were later modified to permit travel to DNJ , DCT and NDNY.

Mr. Ansah has been experiencing pain and medical complications connected to the electronic monitor attached to his ankle. He seeks permission to remove the condition of electronic monitoring in light of these health issues and in light of his compliance with the electronic monitor for nearly one year. The Government and Pretrial Services Officer Carlos Ramirez have no objection to this request.

Thank you for your consideration of this request.

Respectfully submitted,

_____/s/_____
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735/ (917) 612-2753

**SO ORDERED:**

_____
**HONORABLE JESSE M. FURMAN**
**United States District Judge**

cc: AUSA Jun Xiang (by ECF)