**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 1, 2020

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Christopher Ansah**
19 Cr. 752

Dear Judge Furman:

The parties write in response to the Court's June 23 Order, directing the parties to notify the Court of how they wish to proceed in the above-captioned matter in light of the suspension of jury trials. ECF No. 28. The parties request that the Court schedule a new date for Mr. Ansah's jury trial. In light of the ongoing COVID-19 pandemic, the defense requests that trial in this matter be scheduled for February 22, March 1 or March 15. The Government is available for these dates or an earlier date.

The Government requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between now and the next trial date. The Government submits that the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because, among other reasons, it will permit the parties time to prepare for trial and to discuss a potential disposition, and because, due to the pandemic, jury trials cannot currently be held in the Southern District of New York.

.
Mr. Ansah consents to the exclusion of time until the next trial date.

Thank you for your consideration of this request.

Trial is hereby ADJOURNED to March 15, 2021. The Court excludes time under the Speedy Trial Act between today and the trial date, finding that the interests in excluding that time outweigh the interests of the public and the Defendant in a speedy trial due to the inability to safely convene in-person proceedings and the complications inherent in preparing for trial at this time. The Clerk of Court is directed to terminate ECF No. 31.

Respectfully submitted,

___/s/_____
Zawadi Baharanyi
Jennifer Willis
Assistant Federal Defenders
(212) 417-8735/ (917) 612-2753

SO ORDERED:
_____
HONORABLE JESSE M. FURMAN
United States District Judge
July 1, 2020

cc: AUSA Jun Xiang (by ECF)