UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
: 
UNITED STATES OF AMERICA :
:
-v- : 19-CR-752 (JMF)
:
CHRISTOPHER ANSAH, : <u>SCHEDULING ORDER</u>
:
Defendant. :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As counsel presumably know, this District has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, **this case has been scheduled to commence on September 14, 2021**, and is first on the list of jury trials for that day. **Accordingly, unless and until the Court orders otherwise, the parties shall be prepared to proceed to trial on that date. That is, it is a firm date.**

It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by noon on **September 1, 2021**. Any opposition to a motion *in limine* or trial memorandum shall be filed by noon on **September 6, 2021**.

In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, a party must submit one courtesy hard copies of these documents to the Court at the time of filing. In addition, the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

It is further ORDERED that the parties appear for a final pretrial conference on **September 10, 2021**, at **1:00 p.m.** Unless and until the Court orders otherwise, the conference will be held in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

SO ORDERED.

Dated: June 3, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge