

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 5, 2021

The Clerk of Court is directed to terminate ECF No. 73.

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

SO ORDERED

[signature]

October 6, 2021

Re:   **United States v. Christopher Ansah, S1 19 Cr. 752 (JMF)**

Dear Judge Furman:

The parties jointly submit this letter to clarify which exhibits from the 500 series and 1300 series were offered and accepted into evidence on October 5, 2021. The parties that the following exhibits were offered and accepted into evidence:

| | |
|---|---|
| 501-A to -M | ACLU9661417 - Advantage - Toyota Highlander -5TDZZRFH0JS239223 (labeled) |
| 501-1A to -1M | ACLU9661417 - Advantage - Toyota Highlander -5TDZZRFH0JS239223 (unlabeled) |
| 502-A to -K | ACLU9661417 - Hertz - Toyota RAV4 - 2T3RFREV3HW612618 (labeled) |
| 502-1A to -1K | ACLU9661417 - Hertz - Toyota RAV4 - 2T3RFREV3HW612618 (unlabeled) |
| 503-A to -O | ACLU9663940 - Schwartz - BMW 320i - WBA8E5G56GNU20584 (labeled) |
| 503-1A to -1O | ACLU9663940 - Schwartz - BMW 320i - WBA8E5G56GNU20584 (unlabeled) |
| 504-A to -I | ACLU9663940 - Chen - Toyota RAV4 - JTMBFREV0JJ193522 (labeled) |
| 504-1A to -1I | ACLU9663940 - Chen - Toyota RAV4 - JTMBFREV0JJ193522 (unlabeled) |
| 505-A to -J | ACLU9663940 - Hertz - Toyota Avalon - 4T1BK1EB4HU259836 (labeled) |
| 505-1A to -1J | ACLU9663940 - Hertz - Toyota Avalon - 4T1BK1EB4HU259836 (unlabeled) |
| 506-A to -K | ACLU9663940 - Avis - Toyota Highlander - 5TDZZRFH0JS247239 (labeled) |

| | |
|---|---|
| 506-1A to -1K | ACLU9663940 - Avis - Toyota Highlander - 5TDZZRFH0JS247239 (unlabeled) |
| 507-A to -L | ACLU9732320 - Echo Park - Mercedes E350 - WDDHF8JB1DA717075 (labeled) |
| 507-1A to -1L | ACLU9732320 - Echo Park - Mercedes E350 - WDDHF8JB1DA717075 (unlabeled) |
| 508-A to -K | ACLU9732320 - GSP - Jeep Wrangler - 1C4BJWEG8JL811513 (labeled) |
| 508-1A to -1K | ACLU9732320 - GSP - Jeep Wrangler - 1C4BJWEG8JL811513 (unlabeled) |
| 509-A to -I | ACLU9732320 - Avis - Toyota RAV4 - 2T3BFREV5JW724893 (labeled) |
| 509-1A to -1I | ACLU9732320 - Avis - Toyota RAV4 - 2T3BFREV5JW724893 (unlabeled) |
| 510-A to -J | CMAU4364324 - Hall - Mercedes C300 - WDDWF4JB0JR387345 (labeled) |
| 510-1A to -1J | CMAU4364324 - Hall - Mercedes C300 - WDDWF4JB0JR387345 (unlabeled) |
| 511-A to -H | CMAU4364324 - CRI - Toyota Highlander - 5TDBZRFH7JS856538 (labeled) |
| 511-1A to -1H | CMAU4364324 - CRI - Toyota Highlander - 5TDBZRFH7JS856538 (unlabeled) |
| 512-A to -H | CMAU7034774 - Advantage - Toyota Highlander - 5TDBZRFH8JS495837 (labeled) |
| 512-1A to  -1H | CMAU7034774 - Advantage - Toyota Highlander - 5TDBZRFH8JS495837 (unlabeled) |
| 513-A to -J | CMAU7034774 - Hertz - Hyundai Santa Fe - 5XYZT3LB5HG498523 (labeled) |
| 513-1A to -1J | CMAU7034774 - Hertz - Hyundai Santa Fe - 5XYZT3LB5HG498523 (unlabeled) |
| 514-A to -K | FCIU7303668 - Hertz - Range Rover - SALVP2RX1JH297627 (labeled) |
| 514-1A to -1K | FCIU7303668 - Hertz - Range Rover - SALVP2RX1JH297627 (unlabeled) |
| 515-A to -H | FCIU7303668 - CRI - Highlander - 5TDBZRFHXJS809455 (labeled) |
| 515-1A to -1H | FCIU7303668 - CRI - Highlander - 5TDBZRFHXJS809455 (unlabeled) |
| 516-A to -H | FCIU7303668 - Gross - Range Rover - SALWS2PF4GA594230 (labeled) |
| 516-1A to -1H | FCIU7303668 - Gross - Range Rover - SALWS2PF4GA594230 (unlabeled) |
| 517-A to -H | GCNU4703771 - Tropical Ford - Toyota Corolla - 2T1BURHE0EC087249 (labeled) |

| | |
|---|---|
| 517-1A to -1H | GCNU4703771 - Tropical Ford - Toyota Corolla - 2T1BURHE0EC087249 (unlabeled) |
| 518-A to -J | GCNU4703771 - Corwin Ford - Nissan Sentra - 3N1AB7AP7FY235743 (labeled) |
| 518-1A to -1J | GCNU4703771 - Corwin Ford - Nissan Sentra - 3N1AB7AP7FY235743 (unlabeled) |
| 519-A to -M | GCNU4703771 - Figueriedo - Toyota Tacoma - 5TFDZ5BN5GX009582 (labeled) |
| 519-1A to -1M | GCNU4703771 - Figueriedo - Toyota Tacoma - 5TFDZ5BN5GX009582 (unlabeled) |
| 520-A to -L | GCNU4731541 - SBE Constr - Range Rover - SALWR2WF8EA324671 (labeled) |
| 520-1A to -1L | GCNU4731541 - SBE Constr - Range Rover - SALWR2WF8EA324671 (unlabeled) |
| 521-A to -M | GCNU4731541 - Guagliardo - Mercedes GLS450 - 4JGDF6EE7HA879988 (labeled) |
| 521-1A to -1M | GCNU4731541 - Guagliardo - Mercedes GLS450 - 4JGDF6EE7HA879988 (unlabeled) |
| 522-A to -M | GCNU4731541 - Rosenthal - Audi Q7 - WA1LAAF75JD024402 (labeled) |
| 522-1A to -1M | GCNU4731541 - Rosenthal - Audi Q7 - WA1LAAF75JD024402 (unlabeled) |
| 523-A to -M | MEAU8386094 - Enterprise - BMW X2 - WBXYJ3C3XJEJ81722 (labeled) |
| 523-1A to -1M | MEAU8386094 - Enterprise - BMW X2 - WBXYJ3C3XJEJ81722 (unlabeled) |
| 524-A to -N | MEAU8386094 - Sillah - Jeep Wrangler - 1C4BJWEG8EL150460 (labeled) |
| 524-1A to -1N | MEAU8386094 - Sillah - Jeep Wrangler - 1C4BJWEG8EL150460 (unlabeled) |
| 525-A to -M | MEAU8386094 - Enterprise - Toyota Highlander - 5TDBZRFH6JS495853 (labeled) |
| 525-1A to -1M | MEAU8386094 - Enterprise - Toyota Highlander - 5TDBZRFH6JS495853 (unlabeled) |
| 526-A to -K | MRKU2110952 - Turso - Range Rover - SALVP2BG4GH084495 (labeled) |
| 526-1A to -1K | MRKU2110952 - Turso - Range Rover - SALVP2BG4GH084495 (unlabeled) |
| 527-A to -G | MRKU2110952 - Enterprise -Toyota RAV4 - 2T3RFREV8JW802436 (labeled) |
| 527-1A to -1G | MRKU2110952 - Enterprise -Toyota RAV4 - 2T3RFREV8JW802436 (unlabeled) |
| 528-A to -N | MRKU3366640 - Marable - Cadillac Escalade - 1GYS4CKJ1HR271851 (labeled) |

| | |
|---|---|
| 528-1A to -1N | MRKU3366640 - Marable - Cadillac Escalade - 1GYS4CKJ1HR271851 (unlabeled) |
| 529-A to -L | MRKU3366640 - Hertz - Chevy Suburban - 1GNSKHKC6JR332876 (labeled) |
| 529-1A to -1L | MRKU3366640 - Hertz - Chevy Suburban - 1GNSKHKC6JR332876 (unlabeled) |
| 530-A to -L | MRSU3339545 - Hertz - Infiniti QX80 - JN8AZ2NE4H9158508 (labeled) |
| 530-1A to -1L | MRSU3339545 - Hertz - Infiniti QX80 - JN8AZ2NE4H9158508 (unlabeled) |
| 531.1-A to -F | MSKU1682298 - Hertz - Toyota Avalon - 4T1BK1EB3JU284622 (HOISTED) (labeled) |
| 531.1-1A to -1F | MSKU1682298 - Hertz - Toyota Avalon - 4T1BK1EB3JU284622 (HOISTED) (unlabeled) |
| 531.2-A to -N | 531.2 - MSKU1682298 - Hertz - Toyota Avalon - 4T1BK1EB3JU284622 (DEVANNED) (labeled) |
| 531.2-1A to -1N | 531.2 - MSKU1682298 - Hertz - Toyota Avalon - 4T1BK1EB3JU284622 (DEVANNED) (unlabeled) |
| 532-A to -L | MSKU1682298 - Hertz - GMC Yukon - 1GKS2BKC0KR164292 (labeled) |
| 532-1A to -1L | MSKU1682298 - Hertz - GMC Yukon - 1GKS2BKC0KR164292 (unlabeled) |
| 533-A to -M | MSKU1682298 - CRI - Toyota Highlander - 5TDBZRFH1JS871620 (labeled) |
| 533-1A to -1M | MSKU1682298 - CRI - Toyota Highlander - 5TDBZRFH1JS871620 (unlabeled) |
| 534-A to -J | MSKU9638706 - Hertz - Toyota Avalon - 4T1BK1EB5JU288977 (labeled) |
| 534-1A to -1J | MSKU9638706 - Hertz - Toyota Avalon - 4T1BK1EB5JU288977 (unlabeled) |
| 535-A to -K | MSKU9638706 - Hertz - Mercedes GLS450 - 4JGDF6EE3HA919886 (labeled) |
| 535-1A to -1K | MSKU9638706 - Hertz - Mercedes GLS450 - 4JGDF6EE3HA919886 (unlabeled) |
| 536-A to -L | MSKU9707704 - Enterprise - Ford F150 - 1FTEW1EB2JFD13828 (labeled) |
| 536-1A to -1L | MSKU9707704 - Enterprise - Ford F150 - 1FTEW1EB2JFD13828 (unlabeled) |
| 537-A to -L | MSKU9707704 - Byers - Toyota Camry - 4T1BF1FK6HU747186 (labeled) |
| 537-1A to -1L | MSKU9707704 - Byers - Toyota Camry - 4T1BF1FK6HU747186 (unlabeled) |

| | |
|---|---|
| 538-A to -P | MSKU9707704 - Hertz - Range Rover - SALWR2RV4JA191422 (labeled) |
| 538-1A to -1P | MSKU9707704 - Hertz - Range Rover - SALWR2RV4JA191422 (unlabeled) |
| 539-A | MSKU9707704 (OUTSIDE) (labeled) |
| 539-1A | MSKU9707704 (OUTSIDE) (unlabeled) |
| 540-A to -M | PONU7329375 - Hertz - Cadillac Escalade - 1GYS4BKJ8JR400040 (labeled) |
| 540-1A to -1M | PONU7329375 - Hertz - Cadillac Escalade - 1GYS4BKJ8JR400040 (unlabeled) |
| 541-A to -O | PONU7329375 - Hertz - GMC Yukon - 1GKS2BKCXJR403376 (labeled) |
| 541-1A to -1O | PONU7329375 - Hertz - GMC Yukon - 1GKS2BKCXJR403376 (unlabeled) |
| 542-A to -L | SUDU8647374 - Enterprise - Ford F150 - 1FTEW1C54JFC64211 (unlabeled) |
| 542-1A to -1L | SUDU8647374 - Enterprise - Ford F150 - 1FTEW1C54JFC64211 (unlabeled) |
| 543-A to -O | SUDU8647374 - Pacelli - Mercedes GLS450 - 4JGDF6EE8JB027696 (labeled) |
| 543-1A to -1O | SUDU8647374 - Pacelli - Mercedes GLS450 - 4JGDF6EE8JB027696 (unlabeled) |
| 544-A to -L | TEMU6863175 - CRI - Toyota Highlander - 5TDBZRFH0JS842223 (labeled) |
| 544-1A to -1L | TEMU6863175 - CRI - Toyota Highlander - 5TDBZRFH0JS842223 (labeled) |
| 545-1A to -1R | TEMU6863175 - Devine - Ford Explorer - 1FM5K8D81GGB9929 (unlabeled) |

| | |
|---|---|
| 1301 | ACLU9661417 – May 11 2018 (314 Faile) (labeled) |
| 1301-1 | ACLU9661417 – May 11 2018 (314 Faile) (unlabeled) |
| 1302 | ACLU9661417 Santa Fe – May 14 2018 (314 Faile) (labeled) |
| 1302-1 | ACLU9661417 Santa Fe – May 14 2018 (314 Faile) (unlabeled) |
| 1303 | ACLU9661416 – Tow Truck – May 14 2018 (314 Faile) (labeled) |
| 1303-1 | ACLU9661416 – Tow Truck – May 14 2018 (314 Faile) (unlabeled) |
| 1304 | Santa Fe – May 23 2018 (314 Faile) (labeled) |
| 1304-1 | Santa Fe – May 23 2018 (314 Faile) (unlabeled) |
| 1305 | Santa Fe – May 23 2018 (Halleck Street Stop) (labeled) |
| 1305-1 | Santa Fe – May 23 2018 (Halleck Street Stop) (unlabeled) |
| 1306 | Ansah NY DL – May 23 2018 (Halleck Street Stop) (labeled) |
| 1306-1 | Ansah NY DL – May 23 2018 (Halleck Street Stop) (unlabeled) |
| 1307 | Ansah – May 23 2018 (Halleck Street Stop) (labeled) |
| 1307-1 | Ansah – May 23 2018 (Halleck Street Stop) (unlabeled) |
| 1308 | Toyota Highlander FL GPQL69 – June 15 2018 (314 Faile) (labeled) |
| 1308-1 | Toyota Highlander FL GPQL69 – June 15 2018 (314 Faile) (unlabeled) |

| 1309 | Copper Santa Fe TX JPM1460 – June 15 2018 (314 Faile) (labeled) |
| --- | --- |
| 1309-1 | Copper Santa Fe TX JPM1460 – June 15 2018 (314 Faile) (unlabeled) |
| 1309-A | Copper Santa Fe TX JPM1460 – June 15 2018 (314 Faile) (labeled) |
| 1309-1A | Copper Santa Fe TX JPM1460 – June 15 2018 (314 Faile) (unlabeled) |
| 1310 | MRKU2110952 – November 1 2018 (314 Faile) (labeled) |
| 1310-1 | MRKU2110952 – November 1 2018 (314 Faile) (unlabeled) |
| 1311 | MRKU2110952 – November 1 2018 (314 Faile)_2 (labeled) |
| 1311-1 | MRKU2110952 – November 1 2018 (314 Faile)_2 (unlabeled) |
| 1312 | Ranger Rover Evoque – November 1 2018 (314 Faile) (labeled) |
| 1312-1 | Ranger Rover Evoque – November 1 2018 (314 Faile) (unlabeled) |
| 1313 | Ranger Rover Evoque – November 2 2018 (314 Faile) (labeled) |
| 1313-1 | Ranger Rover Evoque – November 2 2018 (314 Faile) (unlabeled) |
| 1314 | Ranger Rover Evoque – MRKU2110952 Ansah November 2 2018 (314 Faile) (labeled) |
| 1314-1 | Ranger Rover Evoque – MRKU2110952 Ansah November 2 2018 (314 Faile) (unlabeled) |
| 1315 | MRKU2110952 – Ansah – November 2 2018 (314 Faile) (labeled) |
| 1315-1 | MRKU2110952 – Ansah – November 2 2018 (314 Faile) (unlabeled) |
| 1316 | Infiniti – November 2 2018 (314 Faile) (labeled) |
| 1316-1 | Infiniti – November 2 2018 (314 Faile) (unlabeled) |
| 1317 | Mercedes Benz GLS450 19886 – November 9 2018 (314 Faile) (labeled) |
| 1317-1 | Mercedes Benz GLS450 19886 – November 9 2018 (314 Faile) (unlabeled) |
| 1318 | Mercedes Benz GLS450 19886 Loaded – November 9 2018 (314 Faile) (labeled) |
| 1318-1 | Mercedes Benz GLS450 19886 Loaded – November 9 2018 (314 Faile) (unlabeled) |
| 1319 | MSKU9638706 Tow – Ansah – November 9 2018 (314 Faile) (labeled) |
| 1319-1 | MSKU9638706 Tow – Ansah – November 9 2018 (314 Faile) (unlabeled) |
| 1320 | Toyota Highlander Utah 1UJ – November 9 2018 (314 Faile) (labeled) |
| 1320-1 | Toyota Highlander Utah 1UJ – November 9 2018 (314 Faile) (unlabeled) |
| 1321 | Hyundai Accent CO FLT AS0149 – June 15 2018 (Viele and Faile) (labeled) |
| 1321-1 | Hyundai Accent CO FLT AS0149 – June 15 2018 (Viele and Faile) (unlabeled) |
| 1322 | Hyundai Accent Utah X321UJ – July 10 2018 (Opposite 314 Faile) (labeled) |
| 1322-1 | Hyundai Accent Utah X321UJ – July 10 2018 (Opposite 314 Faile) (unlabeled) |
| 1323 | Hyundai Accent Utah X321UJ – October 25 2018 (Opposite 314 Faile) (labeled) |
| 1323-1 | Hyundai Accent Utah X321UJ – October 25 2018 (Opposite 314 Faile) (unlabeled) |
| 1324 | Hyundai Accent Utah X321UJ – November 2 2018 (Opposite 314 Faile) (labeled) |

| | |
|---|---|
| 1324-1 | Hyundai Accent Utah X321UJ – November 2 2018 (Opposite 314 Faile) (unlabeled) |
| 1325 | Hyundai Accent (Ansah Driving) – October 25 (Arriving 314 Faile) (labeled) |
| 1325-1 | Hyundai Accent (Ansah Driving) – October 25 (Arriving 314 Faile) (unlabeled) |
| 1326 | Hyundai Accent No Plates – November 5 2018 (314 Faile) (labeled) |
| 1326-1 | Hyundai Accent No Plates – November 5 2018 (314 Faile) (unlabeled) |
| 1327 | Toyota Highlander Utah 1UJ – November 12 2018 (314 Faile) (labeled) |
| 1327-1 | Toyota Highlander Utah 1UJ – November 12 2018 (314 Faile) (unlabeled) |
| 1328 | MSKU9707704 Hyundai Accent X321UJ – November 28 2018 (314 Faile) (labeled) |
| 1328-1 | MSKU9707704 Hyundai Accent X321UJ – November 28 2018 (314 Faile) (unlabeled) |
| 1329 | MAEU8386094  November 12 2018 (314 Faile) (labeled) |
| 1329-1 | MAEU8386094  November 12 2018 (314 Faile) (unlabeled) |
| 1330 | MSKU9707704 MSKU1682298 November 29 2018 (Area Outside 314 Faile) (labeled) |
| 1330-1 | MSKU9707704 MSKU1682298 November 29 2018 (Area Outside 314 Faile) (unlabeled) |
| 1331 | Toyota Avalon 7960 – November 29 2018 (314 Faile) (labeled) |
| 1331-1 | Toyota Avalon 7960 – November 29 2018 (314 Faile) (unlabeled) |
| 1332 | Chevrolet Suburban 372621 Plate – November 30 2018 ((1340 Viele)) (labeled) |
| 1332-1 | Chevrolet Suburban 372621 Plate – November 30 2018 (1340 Viele) (unlabeled) |
| 1333 | Chevrolet Suburban VIN – November 30 2018 (1340 Viele Ave.) (labeled) |
| 1333-1 | Chevrolet Suburban VIN – November 30 2018 (1340 Viele)  (unlabeled) |
| 1334 | Chevrolet Suburban 372621 – December 3 2018 (1340 Viele) (labeled) |
| 1334-1 | Chevrolet Suburban 372621 – December 3 2018 (1340 Viele) (unlabeled) |
| 1335 | Audi Q7 JRG – October 25 2018 (314 Faile) (labeled) |
| 1335-1 | Audi Q7 JRG – October 25 2018 (314 Faile) (unlabeled) |
| 1336 | Audi Q7 JRG – October 29 2018 (Opposite 314 Faile) (labeled) |
| 1336-1 | Audi Q7 JRG – October 29 2018 (Opposite 314 Faile) (unlabeled) |
| 1337 | Audi Q7 JRG – November 1 2018 (314 Faile) (labeled) |
| 1337-1 | Audi Q7 JRG – November 1 2018 (314 Faile) (unlabeled) |
| 1338-1 | Audi Q7  – November 5 2018 (Opposite 314 Faile) (labeled) |
| 1338 | Audi Q7  – November 5 2018 (Opposite 314 Faile) (unlabeled) |
| 1339 | Ford Explorer w padding – June 15 (Opposite 314 Faile) (labeled) |

| 1339-1 | Ford Explorer w padding – June 15 (Opposite 314 Faile) (unlabeled) |
| 1340 | Toyota Highlander – June 12, 2018 (en route to 950 Evergreen) (labeled) |
| 1340-1 | Toyota Highlander – June 12, 2018 (en route to 950 Evergreen) (unlabeled) |

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by: /s/ _____
    Ashley C. Nicolas
    Matthew R. Shahabian
    Alexandra N. Rothman
    Assistant United States Attorneys
    (212) 637-2467/-1046/-2580

CC: Counsel of Record (via ECF)