**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 29, 2021

By ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to March 10, 2022, at 2:15 p.m. The Clerk of Court is directed to terminate Doc. #94. SO ORDERED.*

*January 3, 2022*

Re:  **United States v. Christopher Ansah**
     **19 CR 752 (JMF)**

Dear Judge Furman:

I write with the consent of the Government to request an adjournment of Mr. Ansah's sentencing hearing until a date in March 2022. This request is made in light of the recent surge in COVID-19 cases in the New York Metro Region and within the Bureau of Prisons (BOP). This is Mr. Ansah's first request for an adjournment of sentencing.

New York City is experiencing a rapid increase in COVID cases and hospitalizations due to the spread of the new Omicron variant.[1] The increased community spread of COVID-19 has also led to a surge in cases within BOP facilities. The chart below illustrates the recent surge in cases in one local BOP facility, the MDC Brooklyn:



---

[1] NYC Department of Health, "COVID-19: Data," available at:
https://www1.nyc.gov/site/doh/covid/covid-19-data.page (accessed Dec. 29, 2021).

With 107 individuals testing positive for COVID-19 at the MDC, the facility is well on its way to approaching 10% of MDC's total incarcerated population testing positive for COVID-19.

At almost 60 years old, Mr. Ansah, is at greater risk of severe illness if exposed to COVID-19.[2] A sentencing hearing and possible incarceration at this time would pose serious risks to Mr. Ansah's health. An adjournment until March would hopefully allow the parties to move forward at a time when COVID cases have subsided or, at the very least, when we know more about the particular risks posed by the new Omicron variant. Moreover, an adjournment is requested to allow the defense to finish gathering supporting records, letters, and supplemental information in preparation for the hearing—a process that has slowed as a result of the impact of this recent surge on Mr. Ansah's defense team.

As noted above, the Government consents to this request for an adjournment. The parties are available for a sentencing hearing in March 2022, *except* March 3-4, March 11, and March 17-18.

Respectfully submitted,

\_\_\_/s/_____
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc: Matthew Shahabian
Assistant United States Attorney
(by ECF)

---

[2] CDC, "COVID-19 Risks and Vaccine Information for Older Adults," *available at:* https://www.cdc.gov/aging/covid19/covid19-older-adults.html#:~:text=Increased%20Risk%20of%20Severe%20Illness%20from%20COVID%2D19,-Older%20adults%20are&text=The%20risk%20increases%20for%20people,having%20certain%20underlying%20medical%20conditions (accessed Dec. 29, 2021).