**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 23, 2022

Application GRANTED. Sentencing is ADJOURNED to March 21, 2022, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #97. SO ORDERED.

February 23, 2022

By ECF

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **United States v. Christopher Ansah**
               **19-CR-752 (JMF)**

Dear Judge Furman:

      I write in response to the Court's order on February 18, 2022. With the consent of the Government, I write to request a brief adjournment of Mr. Ansah's March 10 sentencing hearing to March 21 (preferred) or March 22 (except 2-3). I am currently in trial and need additional time to prepare Mr. Ansah for sentencing and prepare his sentencing submissions which would be due tomorrow under the current schedule. The parties are both available to proceed on March 21 or 22.

      Furthermore, on behalf of Mr. Ansah, I request that his sentencing hearing take place in person.

                                      Respectfully submitted,

                                      /s/
                                    Zawadi Baharanyi
                                    Assistant Federal Defender
                                    212-417-8735

cc:     Matthew Shahabian
         Assistant United States Attorney
         (by ECF)