UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :        19-CR-752 (JMF)
                                                                  :
CHRISTOPHER ANSAH,                                                :        ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  On June 7, 2022, Defendant moved for bail pending appeal.  *See* ECF No. 109
("Motion").  Section 3143(b) of Title 18 of the United States Code provides that a court "shall
order that a person who has been found guilty of an offense and sentenced to a term of
imprisonment, and who has filed an appeal or a petition for a writ of certiorari, be detained,
unless the judicial officer finds," among other things, "that the appeal . . . raises a substantial
question of law or fact likely to result in" reversal, an order for a new trial, a sentence that does
not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than
the total of the time already served plus the expected duration of the appeal process.  The Court
cannot and does not find that that condition is met.  Defendant argues that the admission of
evidence pursuant to Rule 404(b) of the Federal Rules of Evidence is likely to lead to reversal or
a new trial.  *See* Motion 6-10.  But this was a classic case for admission of such evidence given
that the critical issue at trial was Defendant's knowledge that the cars that he helped to ship were
stolen.  And the Court is confident that it struck the right balance under Rule 403 in granting the
Government's relevant motion *in limine* only in part and denying it in part.  Accordingly,
Defendant's motion for bail pending appeal must be and is DENIED.

  SO ORDERED.

Dated: June 9, 2022
  New York, New York      _____
                JESSE M. FURMAN
               United States District Judge

**COURT EXHIBIT 1**

**COURT EXHIBIT 2**

**COURT EXHIBIT 3**